GREGORY R. OXFORD (SBN 62333)
ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Boulevard, Suite 950
Torrance, California 90503
Telephone:  (310) 316-1990
Facsimile: (310) 316-1330
goxford@icclawfirm.com

Attorneys for Defendant
General Motors LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP BRYDE, JENNIFER WATERS and ALVIN NORTHINGTON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | Case No. 16-cv-02421-WHO<br><br>**ORDER CONTINUING HEARING ON DEFENDANT'S MOTIONS TO DISMISS AND TO STRIKE AND CASE MANAGEMENT CONFERENCE** |

The Court having reviewed the parties' Stipulation for Order To Continue (1) Hearing on Defendant's Motions to Dismiss and to Strike and (2) Case Management Conference, and good cause appearing therefor, **IT IS HEREBY ORDERED**:

1. The hearing on defendant's motions to dismiss and motion to strike is continued from August 10, 2016 to August 17, 2016 at 2:00 p.m.

2. Plaintiffs shall file oppositions to the motions or file an amended complaint no later than July 25, 2016.

3. If plaintiffs file oppositions, defendant shall file any replies no later than August 3, 2016.

1

4.   If an amended complaint is filed, defendant shall have until August 17, 2016 to answer or move to dismiss it.

5.   The Case Management Conference is continued from August 15, 2016 to September 20, 2016 at 2:00 p.m.

DATED:  June 30, 2016



William H. Orrick
United States District Judge