GREGORY R. OXFORD (SBN 62333)
ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Boulevard, Suite 950
Torrance, California 90503
Telephone: (310) 316-1990
Facsimile: (310) 316-1330
goxford@icclawfirm.com

Attorneys for Defendant
General Motors LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP BRYDE, JENNIFER WATERS and ALVIN NORTHINGTON, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS LLC,<br><br>　　　　　　　　Defendant. | Case No. 16-cv-02421-WHO<br><br>**ORDER CONTINUING HEARING ON DEFENDANT'S MOTIONS AND CASE MANAGEMENT CONFERENCE** |

　　　The Court having reviewed the parties' Stipulation for Order To Continue (1) Hearing on Defendant's Motions and (2) Case Management Conference, and good cause appearing therefor, **IT IS HEREBY ORDERED**:

　　　1.　　Plaintiffs shall file their oppositions to Defendant's motions (1) to dismiss plaintiffs' First Amended Complaint under Rules 8(a)(2), 9(b) and 12(b)(6) and (2) to strike certain allegations on federal preemption grounds under Rule 12(f) no later than September 16, 2016.

　　　2.　　Defendant shall file any replies no later than September 30, 2016.

　　　3.　　The hearing on the motions and the Case Management Conference are calendared for October 19, 2016 at 2:00 p.m.

DATED: August 19, 2016

_____
United States District Judge