GREGORY R. OXFORD (SBN 62333)
ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Boulevard, Suite 950
Torrance, California 90503
Telephone:  (310) 316-1990
Facsimile: (310) 316-1330
goxford@icclawfirm.com

Attorneys for Defendant
General Motors LLC

[Additional Counsel Listed On signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP BRYDE, JENNIFER WATERS and ALVIN NORTHINGTON, Individually and on Behalf of All Others Similarly Situated,<br><br>                     Plaintiffs,<br><br>     vs.<br><br>GENERAL MOTORS LLC,<br><br>                     Defendant. | Case No. 16-cv-02421-WHO<br><br>**STIPULATION FOR DISMISSAL**<br><br>**[F.R. Civ. P. 41(a)(1)(A)(ii)]** |

**IT IS HEREBY STIPULATED**, by and among plaintiffs Philip Bryde, Jennifer Waters and Alvin Northington and defendant General Motors LLC, by and through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed without prejudice as to the class claims and with prejudice as to plaintiffs' individual claims.

DATED:  January 22, 2018

LIONEL Z. GLANCY
MARK S. GREENSTONE
GLANCY PRONGAY & MURRAY LLP

*/s/ Mark S. Greenstone*

Attorneys for Plaintiffs

DATED:  January 22, 2018

GREGORY R. OXFORD
ISAACS CLOUSE CROSE & OXFORD LLP

*/s/ Gregory R. Oxford*

Attorneys for Defendant General Motors LLC

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On January 22, 2018, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 22, 2018, at Los Angeles, California.


                                        *s/ Mark S. Greenstone*
                                        Mark S. Greenstone

# Mailing Information for a Case 3:16-cv-02421-WHO Bryde et al v. General Motors, LLC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mark Samuel Greenstone**
  mgreenstone@glancylaw.com,info@glancylaw.com

- **Gregory Richard Oxford**
  goxford@icclawfirm.com,gwenoxford@icclawfirm.com,ahoeven@icclawfirm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)