UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP BRYDE, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>GENERAL MOTORS, LLC,<br>　　　　Defendant. | Case No. 16-cv-02421-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 50 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice as to the class claims and **with** prejudice as to plaintiffs' individual claims. The Clerk shall close the case.

Dated: January 23, 2018

　　　　　　　　　　　　　　　　　　　　　
WILLIAM H. ORRICK
United States District Judge